IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| The Bradley Center, a Pennsylvania Non-Profit Corporation | : : | |
| | : | |
| v. | : | No. 2028 C.D. 2016 |
| | : | |
| North Strabane Township, and Linden Vue Homeowners Association, Inc., and Majestic Hills Homeowners Association | : : : : | |
| | : | |
| Appeal of: Linden Vue Homeowners Association, Inc., and Majestic Hills Homeowners Association | : : : | |

**O R D E R**

NOW, April 5, 2018, having considered appellants' application for reargument and appellee The Bradley Center Inc.'s answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge